IN THE SUPREME COURT OF TEXAS

 No. 04-1125

 IN RE BRINKER INTERNATIONAL, INC., BRINKER TEXAS, L.P. D/B/A CHILI'S GRILL
 & BAR, BRINKER CHILI'S TEXAS, INC., AND CHILI'S BEVERAGE COMPANY, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion to stay enforcement of order
granting plaintiff's motion to compel, filed December 20, 2004, is granted.
 The order dated October 27, 2004, in Cause No. C-1563-03-F, styled Celina
Benessa Puentes, Individually and as Next Friend Jorge Emanuel Badillo,
Jr., a Minor Child, and as Representive of The Estate of Jorge Badillo,
Deceased v. Speeds Plus, Inc. d/b/a Rack Daddy's Sports Grill, Louie Cantu,
Brinker Chili's Texas, Inc., Brinker Texas, L.P. d/b/a Chili's Grill & Bar,
Dawi, Inc. d/b/a Baloo's, Brinker International Inc., and Chili's Beverage
Co., Inc. in the 332nd District Court of Hidalgo County, Texas, is stayed
pending further order of this Court.

 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus no later than 3:00 p.m., January 3, 2005.

 Done at the City of Austin, this December 22, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk